# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JONATHAN EHRENFELD,** *et al.*, | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| v. | *   Civil Case No. 1:23-00605-SAG |
| | * |
| **ELIEZER DAVID NEGER,** | * |
| | * |
| **Defendant.** | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 16th day of August, 2023, **ORDERED** that Neger's Motion to Dismiss or in the alternative for Summary Judgment, ECF 11, treated as a motion to summary judgment, is **GRANTED**. Plaintiffs' Cross-Motion for Summary Judgment, ECF 16, is **DENIED**.

The Clerk is directed to **CLOSE** the case. Judgment is entered in favor of Defendant Neger.

/s/
Stephanie A. Gallagher
United States District Judge